

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00308-CV

**IN THE INTEREST of S.A.W.**, a Child

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12167
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is REINSTATED on the docket of this court, and appellant Bradley D. Winters and appellee Sara D. Ahearn's agreed motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellee Sara D. Ahearn recover her costs of this appeal, if any, from appellant Bradley D. Winters.

SIGNED December 7, 2016.

_____
Marialyn Barnard, Justice